

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00199-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.K., J.K., AND J.K., CHILDREN | § | On Appeal from the 360th District Court |
| | § | of Tarrant County (360-679087-20) |
| | § | November 4, 2021 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment with respect to Mother. We reverse the trial court's judgment with respect to Father and remand for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Wade Birdwell_____
Justice Wade Birdwell